JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: jjayne@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Defendant
BRIAN TROY ABERLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN TROY ABERLE, et al.,<br><br>Defendants. | CASE NO. CR-06 0148-MJJ<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE**<br><br>GRANTED |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the hearing for an entry of plea of Brian Troy Aberle presently scheduled for Friday, September 8, 2006 at 2:30 p.m. be taken off calendar and rescheduled for Thursday, September 14 at 2:00 p.m. in San Francisco. ~~Additionally, the parties request that the hearing be modified to include Mr. Aberle's sentencing on that date and time. The parties further agree and request that the court waive a Pre-Sentence report pursuant to United States Sentencing Guidelines § 6A1.1.~~

///
///
///
///
///

Case No. CR-06 0148-MJJ
STIPULATION AND ORDER TO CONTINUE HEARING DATE

Time shall be excluded between September 8 and September 14, 2006, to allow the defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: September 5, 2006          SIDEMAN & BANCROFT LLP


                                  By:     /s/ Julia Mezhinsky Jayne
                                         JULIA MEZHINSKY JAYNE
                                         Attorneys for Defendant
                                         BRIAN TROY ABERLE

DATED: September 5, 2006          UNITED STATES ATTORNEY'S OFFICE


                                  By:     /s/ David L. Denier
                                         DAVID L. DENIER
                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

**ORDER**

Request to waive Pre-Sentence report and modify hearing to include sentencing is DENIED.

**IT IS SO ORDERED.**

DATED: 9/5/2006

                                  _____
                                  MARTIN J. JENKINS
                                  UNITED STATES DISTRICT COURT JUDGE

jmj:jmj:BRAB.7275\223787_1.DOC