# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BRIAN TROY ABERLE | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-06-00148-001 DLJ<br>BOP Case Number: DCAN406CR000148-001<br>USM Number:<br>Defendant's Attorney :Roger Patton |

**THE DEFENDANT:**
[x]   admitted guilt to violation of condition(s) <u>Charges 1-6 of the Petition regarding the</u> term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

January 23, 2009
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

January 28, 2009
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

DEFENDANT: BRIAN TROY ABERLE  Judgment - Page 2 of 3
CASE NUMBER:   CR-06-00148-001 DLJ

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge One | Violation of standard condition number one to submit truthful and complete written report within first five days of each month | October 2007 through January 2008; February 2008 through April 2008 |
| Charge Two | Violation of standard condition number two to follow instructions of the probation officer | 2/2008 through 5/9/2008 |
| Charge Three | Violation of standard condition number three to support his dependants and meet other family responsibilities. | 4/22/08 |
| Charge Four | Violation of special condition to commence making fine payments on monthly basis in installments of $200 per month over period of term of supervision to commence 60 days after date of the 1/10/08 Judgment | 3/10/08 |
| Charge Five | Violation of special condition number three which requires he pay restitution to the IRS | 4/10/08 |
| Charge Six | Violation of standard condition number five to notify the probation officer at least ten days prior to any change in residence | 4/14/08; 4/24/08; 5/1/08 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | BRIAN TROY ABERLE | Judgment - Page 3 of 3 |
| CASE NUMBER: | CR-06-00148-001 DLJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  4 months .

No term of supervision imposed following term of imprisonment.

[ ]     The Court makes the following recommendations to the Bureau of Prisons:

[**x**]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.

   [ ]  at ___ [] am [] pm on ___.
   [ ]  as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before  2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                                    _____
                                                                    UNITED STATES MARSHAL

                                                         By  _____
                                                             Deputy United States Marshal